**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SUTTER, COUNTY OF YUBA, J. PAUL PARKER, TOM SHERRY, AMERJIT BHATTAL, BRAD LUZ, JOHN S. ZIL, CHRISTOPHER BARNETT, and SADOUTOUNNISSA MEER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK HILLARY BOCK; M.B. minor through her mother and guardian ad litem Cyndie Denny Bock; LAURA LYNN BOCK; and ROBERT BOCK,<br><br>     Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; TOM SHERRY, Director of Human Services of Sutter and Yuba Countyies; AMERJIT BHATTAL, Assistant Director of Human Services-Health Division of Sutter and Yuba Counties; BRAD LUZ, Assistant Director of Human Services-Mental Health of Sutter and Yuba Counties; JOHN S. ZIL; CHRISTOPHER BARNETT; SADOUTOUNNISSA MEER; and Does 1 through XL inclusive,<br><br>     Defendants.<br>_____/ | CASE NO: 2:11-cv-00536-MCE-GGH<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs ESTATE OF RODNEY LOUIS BOCK, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK HILLARY BOCK; M.B. minor through her mother

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

Stipulation to Continue Hearing Date; Order
00924233.WPD
- 1 -

and guardian ad litem Cyndie Denny Bock; LAURA LYNN BOCK; and ROBERT BOCK and Defendants COUNTY OF SUTTER, COUNTY OF YUBA, J. PAUL PARKER, TOM SHERRY, AMERJIT BHATTAL, BRAD LUZ, JOHN S. ZIL, CHRISTOPHER BARNETT, and SADOUTOUNNISSA MEER, by and through their respective undersigned counsel, to continue the hearing date of Defendants' Motion to Dismiss to September 6, 2011 at 2:00 p.m. Courtroom 7.

DATED: August 9, 2011     LAW OFFICES OF GERI LYNN GREEN, LC

By   /s/ Geri L. Green (as authorized on 8/09/11)
     Geri Lynn Green
     Attorney for Plaintiffs

DATED: August 9, 2011     PORTER SCOTT
                          A Professional Corporation

By   /s/ John R. Whitefleet
     Terence J. Cassidy
     John R. Whitefleet
     Attorney for Defendants

ORDER

Good cause appearing, it is hereby ORDERED that the hearing date of Defendants' Motion to Dismiss is now set for September 6, 2011 at 2:00 p.m.

Dated: August 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE