ERNEST GALVAN – 196065
AARON J. FISCHER – 247391
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:          egalvan@rbg-law.com
                    afischer@rbg-law.com

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California  94104-4166
Telephone:   (415) 982-2600
Facsimile:    (415) 358-4562
Email:          gerilynngreen@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK; HILLARY BOCK; M.B., minor through her mother and guardian ad litem Cyndie Denny Bock; LAURA LYNN BOCK; and ROBERT BOCK,<br><br>             Plaintiffs,<br><br>     v.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; TOM SHERRY, Director of Human Services of Sutter and Yuba Counties; AMERJIT BHATTAL, Assistant Director of Human Services–Health Division of Sutter and Yuba Counties; BRAD LUZ, Assistant Director of Human Services–Mental Health of Sutter and Yuba Counties; JOHN S. ZIL; CHRISTOPHER BARNETT; SADOUTOUNNISSA MEER; and Does I through XL, inclusive,<br><br>             Defendants. | Case No. CIV 11-cv-00536 (MCE) (GGH)<br><br>**EX PARTE APPLICATION TO EXCEED PAGE LIMIT IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; DECLARATION OF AARON J. FISCHER IN SUPPORT THEREOF; ORDER THEREON** |

[539632-1]

# APPLICATION

Plaintiffs Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK; HILLARY BOCK; M.B., minor through her mother and guardian *ad litem* Cyndie Denny Bock; LAURA LYNN BOCK; and ROBERT BOCK (hereinafter collectively "Plaintiffs") hereby apply for an order allowing Plaintiffs to exceed the page limit for their Opposition to Defendants' Motion to Dismiss.

Plaintiffs respectfully submit that good cause exists to allow them to exceed the twenty (20) page limitation as set forth in the Order Requiring Joint Status Report dated February 25, 2011 (Dkt. No. 5 at 4) because the nature of claims involving both federal constitutional claims and state law claims, as against multiple individual and municipal defendants, render it impossible to address the complex issues raised by the twenty-four (24) page Memorandum of Points and Authorities In Support of Defendants' Motion to Dismiss within the page limitation provided in the Order Requiring Joint Status Report.

Despite a good faith effort by Plaintiffs to comply with the page limitation, Plaintiffs seek leave to file a memorandum of twenty-five (25) pages in order to adequately address all the necessary issues raised within Defendants' memorandum and establish the sufficiency of the First Amended Complaint. Based upon the foregoing, Plaintiffs submit good cause exists, and thus the Court should grant this Application.

DATED:  August 23, 2011          Respectfully submitted,

                                 ROSEN, BIEN & GALVAN, LLP

                                 By: */s/ Aaron J. Fischer*
                                     Aaron J. Fischer

                                 Attorneys for Plaintiffs

[539632-1]

1

EX PARTE APPLICATION TO EXCEED PAGE LIMIT IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; DECLARATION OF AARON J. FISCHER IN SUPPORT THEREOF

# DECLARATION OF AARON J. FISCHER

I, Aaron J. Fischer, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen, Bien & Galvan LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' *Ex Parte* Application to Exceed Page Limit in Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2. Defendants' Memorandum of Points and Authorities In Support of Motion to Dismiss of Defendants is twenty-four (24) pages, and contains argument as to each of Plaintiffs' eleven (11) causes of action. Plaintiffs have in good faith attempted to address the complex issues raised by Defendants' memorandum within the page limitation provided by the Order Requiring Joint Status Report, dated February 25, 2011. Plaintiffs require twenty-five (25) pages for their Opposition to Defendants' Motion to Dismiss in order to adequately address the deficiencies in Defendants' arguments and establish the sufficiency of the First Amended Complaint.

3. Accordingly, on behalf of Plaintiffs, I respectfully request leave to exceed the page limitation provided by the Order Requiring Joint Status Report.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 23rd day of August, 2011.

*/s/ Aaron J. Fischer*
Aaron J. Fischer

[539632-1]

2

**ORDER**

Proof of good cause having been made to the satisfaction of this Court that the application sought for Plaintiffs' *ex parte* application to exceed the page limit for their Opposition to Defendants' Motion to Dismiss should be granted, IT IS ORDERED that the application is GRANTED.

IT IS SO ORDERED.

Dated: August 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[539632-1]

3

EX PARTE APPLICATION TO EXCEED PAGE LIMIT IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; DECLARATION OF AARON J. FISCHER IN SUPPORT THEREOF