ERNEST GALVAN – 196065
AARON J. FISCHER – 247391
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbg-law.com
afischer@rbg-law.com

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104-4166
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerilynngreen@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK; HILLARY BOCK; M.B., minor through her mother and guardian ad litem Cyndie Denny Bock; and LAURA LYNN BOCK; Estate of ROBERT BOCK,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; R.C.; KATY MULLIN; DENISE MCGINNIS; SUTTER COUNTY JAIL FACILITY MANAGER; and Does I through XL, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-00536 (MCE) (GGH)<br><br>**STIPULATION AND ORDER FOR FILING OF THIRD AMENDED COMPLAINT** |

[615522-1]

STIPULATION AND [PROPOSED] ORDER FOR FILING OF THIRD AMENDED COMPLAINT

**STIPULATION**

WHEREAS, Plaintiffs seek to file a Third Amended Complaint, a copy of which is attached hereto as Exhibit A;

WHEREAS, the Third Amended Complaint seeks only to clarify that the Seventh Claim for Relief is alleged solely against individual Defendants ZIL and BARNETT and DOES I through XL, and to do so by deleting Defendants COUNTY OF SUTTER and COUNTY OF YUBA from the heading of the Seventh Claim for Relief; and

WHEREAS, this amendment is consistent with Plaintiffs' agreement to remove Defendants COUNTY OF SUTTER and COUNTY OF YUBA with respect to the Seventh Claim for Relief, *see* Dkt. No. 16 at 20 n.8, and with the Court's Memorandum and Order of February 8, 2012, *see* Dkt. No. 26 at 24;

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 220, by and between the parties hereto through their respective attorneys of record that Plaintiffs may file the Third Amended Complaint attached hereto. The parties further stipulate that all defendants will have thirty (30) days in which to respond to the Third Amended Complaint once it is filed.

Respectfully submitted,

DATED:  March 23, 2012     ROSEN, BIEN & GALVAN, LLP

By: */s/ Ernest Galvan*
    Ernest Galvan

Attorneys for Plaintiffs

DATED:  March 23, 2012     PORTER SCOTT

By: */s/ John Whitefleet*
    John R. Whitefleet

Attorneys for Defendants

[615522-1]

1

STIPULATION AND [PROPOSED] ORDER FOR FILING OF THIRD AMENDED COMPLAINT

1 **ORDER**

2  Pursuant to the stipulation of the parties, it is hereby ORDERED that Plaintiffs may
3 file the Third Amended Complaint attached hereto as Exhibit A.

4  IT IS SO ORDERED.

5 DATE:  March 27, 2012

6

7 _____
8 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28