IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF RODNEY LOUIS BOCK, et al.,

      Plaintiffs,                              2:11-cv-0536 MCE GGH

  vs.

COUNTY OF SUTTER, et al.,

      Defendants.                          <u>SUMMARY ORDER</u>

         Previously pending on this court's law and motion calendar for September 6, 2012 was plaintiffs' motion to compel discovery from defendant County of Sutter ("County")[1], filed August 10, 2012. Aaron Fischer appeared for plaintiffs. John Whitefleet represented the County. Having heard oral argument and reviewed the joint statement, the court now issues the following summary order.

         For reasons explained at hearing, IT IS ORDERED that:

         1. Plaintiffs' motion to compel discovery, filed August 10, 2012, (dkt. no. 41), is granted in part as outlined at hearing.

\\\\\

---

[1] Although the County of Yuba is also a defendant, for purposes of this order only, the term County refers to County of Sutter.

1

2. Plaintiffs shall provide to the County the documents containing signatures, for which they need identification of signatures, within five days of the hearing.

3. The County shall further respond to the discovery disputes addressed at hearing, within twenty-one days of the hearing and in accordance with the directives announced at hearing.

4. In addition, to the extent that the County is withholding *any* documents, created prior to the commencement of this litigation, on the basis of privilege, a privilege log describing each document withheld, including identification of date, author and recipient, shall be served upon plaintiff's counsel contemporaneously with its further discovery responses.

4. Plaintiffs' request for sanctions is denied.

DATED: September 10, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Bock.dsy.wpd