IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF RODNEY LOUIS BOCK, et al.,

      Plaintiffs,                        2:11-cv-0536 MCE GGH

  vs.

COUNTY OF SUTTER, et al.,                  <u>ORDER</u>

      Defendants.

_____/

      The parties have sought to have the court sign a protective order where documents designated by the parties as "confidential," or "highly confidential" are automatically filed under seal. This order modifies in part the protective order submitted by the parties on October 10, 2012, and filed concurrently with this order, particularly paragraphs 7 and 14 of that order.

      The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

      Procedurally, the parties must comply with E. D. Local Rule 141.1 in addition to Rule 141, regarding the sealing of documents.

\\\\\

1

1 | The Court shall not retain jurisdiction to enforce, construe, or modify its terms
2 | after the final disposition of this action.
3 | IT IS SO ORDERED.
4 | Dated: October 15, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Bock0536.po.mod.wpd