UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE OF RODNEY LOUIS BOCK, et al.,

    Plaintiffs,

  v.

COUNTY OF SUTTER, et al.,

    Defendants.

No. 2:11-cv-00536-MCE-GGH

**ORDER**

----oo0oo----

Presently before the Court is Plaintiffs' Amended Motion for Leave to File Fourth Amended Complaint, (ECF No. 53), in response to which Defendants filed a Statement of Non-Opposition, (ECF No. 54). In light of that non-opposition, and because leave to amend should be freely given, <u>see</u> Federal Rule of Civil Procedure 15(a)(2), Plaintiffs' Motion (ECF No. 53) is GRANTED.[1]

///

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g). The hearing on Plaintiffs' Motion, currently set for November 15, 2012, is hereby vacated.

1

Plaintiffs are directed to file and serve their proposed Fourth Amended Complaint not later than five (5) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE