MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
kmantoan@rbgg.com
lrifkin@rbgg.com
afischer@rbgg.com

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
22 Battery Street, Suite 888
San Francisco, California 94111-5522
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerilynngreen@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK; HILLARY BOCK; MORGEN BOCK; LAURA LYNN BOCK; and Estate of ROBERT BOCK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; RAINBOW CRANE; KATY MULLIN; DONICE MCGINNIS; LEWIS MCELFRESH; BALJINDER RAI; and Does I through XL, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00536-MCE-KJN<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RE: INSPECTION OF SUTTER COUNTY JAIL**<br><br>Judge: Hon. Kendall J. Newman<br>Date: May 9, 2013<br>Time: 10:00 a.m.<br>Crtrm.: 25 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that on May 9, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiffs will and hereby do move this Court for an order compelling Defendants to permit an inspection of Sutter County Jail, including relevant Jail operations, that is of reasonable and appropriate duration and scope. The inspection has been noticed for May 30, 2013 (a date on which the parties have agreed). Plaintiffs make this motion pursuant to Federal Rule of Civil Procedure 26 and Local Rule 251 of the Eastern District of California, on the grounds that Defendants are improperly limiting the time and scope of such inspection, warranting an order to ensure appropriate inspection procedures and other relief deemed appropriate by the Court.

Plaintiffs' counsel certifies that they have in good faith conferred with counsel for Defendants regarding the above-mentioned disputed matters in an effort to obtain such discovery without court action.

DATED: April 18, 2013

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Aaron J. Fischer*
Aaron J. Fischer

Attorneys for Plaintiffs