MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
kmantoan@rbgg.com
lrifkin@rbgg.com
afischer@rbgg.com

GERI LYNN GREEN – 127709
LAW OFFICES OF GERI LYNN GREEN, LC
22 Battery Street, Suite 888
San Francisco, California 94111-5522
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: gerilynngreen@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK; HILLARY BOCK; MORGEN BOCK; LAURA LYNN BOCK; and Estate of ROBERT BOCK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; RAINBOW CRANE; KATY MULLIN; DONICE MCGINNIS; LEWIS MCELFRESH; BALJINDER RAI; and Does I through XL, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00536-MCE-KJN<br><br>**[PROPOSED] ORDER RE: MOTION TO COMPEL INSPECTION OF SUTTER COUNTY JAIL**<br><br>Judge: Hon. Kendall J. Newman<br>Date: May 9, 2013<br>Time: 10:00 a.m.<br>Crtrm.: 25 |

Plaintiff Estate of Rodney Bock ("Plaintiff")'s Motion to Compel Inspection of Sutter County Jail came on for hearing before this Court on May 9, 2013. The Court having considered the pleadings and oral argument on the motion, and the entire record in this case, and good cause appearing, Plaintiffs' motion is GRANTED. Plaintiff's noticed inspection of Sutter County Jail (the "Jail") shall include the following:

1. Defendant County of Sutter ("Defendant County") shall permit Plaintiff's counsel and Plaintiff's experts to conduct an inspection of Sutter County Jail. Any time limit imposed by Defendant County shall not be less than five (5) hours. The parties shall cooperate such that the inspection as noticed by Plaintiff may be completed efficiently and expeditiously.

2. Plaintiff's counsel and experts shall be permitted to confer with Jail staff present at the Jail in the ordinary course of business, in order to ask questions concerning routine operations and physical layout at the Jail. Counsel for Defendant County may be present for such questions.

3. Plaintiff's counsel and experts shall be permitted to observe routine operations at the Jail as they are conducted in the ordinary course of business, including such operations as screening, safety checks, clinical contacts, and administration of medication. Defendant County shall not suspend nor substantially modify routine operations at the Jail during the inspection.

**IT IS SO ORDERED.**

DATED: May ___, 2013

Hon. Kendall J. Newman
Magistrate Judge of the United States District Court