1 | MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
2 | KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
3 | JENNIFER L. STARK – 267062
ROSEN BIEN GALVAN & GRUNFELD LLP
4 | 315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
5 | Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
6 | Email:     mbien@rbgg.com
               egalvan@rbgg.com
7 |            kmantoan@rbgg.com
               afischer@rbgg.com
8 |            jstark@rbgg.com

9 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK; HILLARY BOCK; MORGEN BOCK; LAURA LYNN BOCK; and Estate of ROBERT BOCK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; RAINBOW CRANE; KATY MULLIN; DONICE MCGINNIS; LEWIS MCELFRESH; BALJINDER RAI; and Does I through XL, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00536-MCE-KJN<br><br>**STIPULATION AND ORDER FOR FILING OF FIFTH AMENDED COMPLAINT**<br><br>Judge: Hon. Morrison C. England, Jr. |

[1127824-3]

STIPULATION AND ORDER FOR FILING OF FIFTH AMENDED COMPLAINT

## STIPULATION

IT IS HEREBY STIPULATED, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 16, and Eastern District Local Rule 220, by and between the parties hereto through their respective attorneys of record, that Plaintiffs may file the Fifth Amended Complaint, a copy of which is attached hereto as **Exhibit A**;

Federal Rule of Civil Procedure 16 requires the district court to enter a scheduling order in each case that, *inter alia*, "limit[s] the time to . . . amend the pleadings." Fed. R. Civ. P. 16(b)(3)(A). The operative scheduling order for this case, which was entered on March 28, 2013, authorized further future amendment of the pleadings with leave of Court where good cause is shown. *See* Pretrial Scheduling Order, Dkt. No. 69 at 2; *accord* Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment," and permits the district court to modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16 Advisory Committee's notes (1983 amendment)). Rule 15(a)(2) of the Federal Rules of Civil Procedure permits amendments to a pleading before trial with the opposing party's written consent or leave of the court, and instructs that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

IT IS STIPULATED that good cause exists to amend the complaint to conform the pleadings to proof and evidence developed in discovery, and for purposes of efficiency and clarity in reaching a final disposition in this matter. By entering into this stipulation, Defendants do not admit any of the allegations in the Fifth Amended Complaint.

IT IS FURTHER STIPULATED that each and every one of the defendants named in the Fifth Amended Complaint (collectively, "Defendants") waive notice and service of the Fifth Amended Complaint and shall not be required to answer the amendment.

IT IS FURTHER STIPULATED that Defendants' denials, responses, and affirmative defenses contained in each respective Answer to the Fourth Amended Complaint shall be deemed responsive to the Fifth Amended Complaint.

1  Accordingly, the parties respectfully request that, in the interests of justice and good
2  cause appearing, the Court enter an order permitting Plaintiffs to file the Fifth Amended
3  Complaint lodged herewith.
4  IT IS SO STIPULATED.

6  DATED: March 26, 2014           Respectfully submitted,

                                   ROSEN BIEN GALVAN & GRUNFELD LLP

                                   By: */s/ Aaron J. Fischer*
                                        Aaron J. Fischer

                                   Attorneys for Plaintiffs

11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

[1127824-3]

| | |
|---|---|
| DATED:  March 26, 2014 | PORTER SCOTT |
| | By: */s/ John R. Whitefleet (authorized on 3/24/14)* |
| | John R. Whitefleet |
| | Attorneys for Defendants |

### ORDER

The Court, having reviewed the above stipulation of the parties and in the interests of justice and good cause appearing, hereby GRANTS the Stipulation and GRANTS Plaintiffs leave to file a Fifth Amended Complaint. The Fifth Amended Complaint, attached as Exhibit A to ECF No. 93, shall be deemed filed and served as of the date of the entry of this Order.

IT IS SO ORDERED.

Dated:  March 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT