UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator of the Estate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER, et al.,<br><br>Defendants. | No. 2:11-cv-0536-MCE-KJN<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on May 20, 2014, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

All hearing dates set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: May 20, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE