**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER; LEWIS MCELFRESH; NORMAN BIDWELL; JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; RAINBOW CRANE; KATY MULLIN; DONICE MCGINNIS; and BALJINDER RAI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK HILLARY BOCK; MORGEN BOCK; LAURA LYNN BOCK; and ESTATE OF ROBERT BOCK,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF YUBA; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; LEWIS MCELFRESH, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; RAINBOW CRANE; KATY MULLIN; DONICE MCGINNIS; BALJINDER RAI; and Does I through XL, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO: 2:11-cv-00536-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |

///

Plaintiffs ESTATE OF RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; KIMBERLY BOCK; KELLIE BOCK HILLARY BOCK; MORGEN BOCK; LAURA LYNN BOCK; and ROBERT BOCK and Defendants COUNTY OF SUTTER, COUNTY OF YUBA, J. PAUL PARKER, LEWIS MCELFRESH, NORMAN BIDWELL, JOHN S. ZIL; CHRISTOPHER BARNETT; BOBBY JOE LITTLE; DAVID CALAPINI; SHAUN FLIEHMAN; RAINBOW CRANE; KATY MULLIN; DONICE MCGINNIS; and BALJINDER RAI (collectively referred to as the "Parties") have reached a settlement in this case and have reached a settlement in the case. The Court ordered that dispositional documents be filed not later than forty-five days from May 20, 2014. *See* Docket No. 104.

The Parties require additional time to file dispositional documents, to allow Defendants to transmit payment of the monetary settlement amount to Plaintiffs in this matter. The Parties stipulate and agree to a deadline of July 24, 2014 to file the dispositional documents in this case, as directed by the Court (Docket No. 104). This is the first stipulation and request by the Parties to extend time to file dispositional documents.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, by and through their respective undersigned counsel, that the Parties have up to and including July 24, 2014 to file dispositional documents in this case.

DATED: July 3, 2014

Respectfully submitted,
ROSEN, BIEN & GALVAN, LLP

By   /s/   Aaron J. Fischer
Aaron J. Fischer
Attorney for Plaintiffs (as authorized on July 3, 2014)

DATED: July 3, 2014

PORTER SCOTT
A Professional Corporation

By   /s/ John R. Whitefleet
John R. Whitefleet
Lauren E. Calnero
Attorneys for Defendants

[1234327-1]

## **ORDER**

Based on the foregoing and good cause appearing, the Parties' request to extend time to file dispositional documents is GRANTED.  The deadline to file dispositional documents is July 24, 2014.

IT IS SO ORDERED.

Dated:  July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT