MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
JENNIFER L. STARK – 267062
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:          mbien@rbgg.com
                egalvan@rbgg.com
                kmantoan@rbgg.com
                afischer@rbgg.com
                jstark@rbgg.com

Attorneys for Plaintiffs

JOHN R. WHITEFLEET – 213301
PORTER SCOTT
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:     (916) 929-1481
Facsimile:      (916) 927-3706

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of RODNEY LOUIS BOCK, deceased, by and through CYNDIE DENNY BOCK, as Administrator; et al., | Case No. 2:11-cv-00536-MCE-KJN |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| COUNTY OF SUTTER; et al., | |
| Defendants. | |

On July 22, 2014, the parties in the above-captioned action filed a joint Stipulation of Dismissal with Prejudice.  *See* ECF No. 108.  Pursuant to the parties' submission, and good cause appearing, the Court hereby GRANTS the parties' Stipulation of Dismissal.

The above-captioned action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs except to the extent provided in the respective settlement agreements.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[1288495-1]

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE